IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RHONDA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-CV-00451 |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

The undersigned parties hereby stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all matters and things in controversy set out in the Plaintiff's Complaint against the Defendant CSX Transportation, Inc. filed in this action have been compromised and settled between the parties and that the Plaintiff's Complaint against this Defendant is hereby dismissed with prejudice.

The parties further stipulate that they shall bear their own costs, expenses and attorneys' fees.

This the 2nd day of July, 2020

| | |
|---|---|
| /s/ Randall E. Appleton | /s/ D. Cameron Beck |
| Randall E. Appleton (VSB No. 21792) | D. Cameron Beck, Jr. (VSB No. 39195) |
| Counsel for Plaintiff, Rhonda Smith | Counsel for Defendant, CSX Transportation, Inc. |
| Shapiro, Appleton & Washburn, P.C. | McCandlish Holton |
| 1294 Diamond Springs Road | P. O. Box 796 |
| Virginia Beach, VA 23455 | Richmond, VA 23218 |
| T:  (757) 460-7776 | T:  (804) 775-3100 |
| F:  (757) 460-3428 | F:  (804) 775-3800 |
| rappleton@hsinjurylaw.com | cbeck@lawmh.com |
| | |
| and | and |

1

| | |
|---|---|
| Andrew J. Thompson, Esquire<br>Shapero Roloff Co., LPA<br>U.S. Bank Centre<br>1350 Euclide Avenue, Suite 1550<br>Cleveland, OH 44115<br>T:  (216) 781-1700<br>F:  (216) 781-1972<br>athompson@shaperoroloff.com<br><br>*Pro Hac Vice* Counsel for Plaintiff<br>Rhonda Smith | /s/ William W. Stewart, Jr.<br>William W. Stewart (VSB No. 94549)<br>Andrew B. Spradlin, Admitted *Pro Hac Vice*<br>Counsel for Defendant, CSX Transportation, Inc.<br>Millberg Gordon Stewart PLLC<br>1101 Haynes Street, Suite 104<br>Raleigh, NC 27604<br>T:  (919) 836-0090<br>F:  (919) 836-8027<br>bstewart@mgsattorneys.com |

2